# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| WILLIAM STRICKLAND and MARCIA MICHAEL, | CASE NO.: 8:19-CV-2138-CEH-SPF |
| Plaintiffs, | |
| v. | |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order dated October 15, 2019 [ECF No. 15], Bradley R. Armstrong, hereby certifies that he has paid the $150.00 Attorney Special Admission Fee to the Clerk of the United States District Court for the Middle District of Florida.  He also certifies that he has complied with the electronic filing requirements of the United States District Court for the Middle District of Florida.

Dated: October 16, 2019         /s/ Bradley R. Armstrong
                                Bradley R. Armstrong (MN #393524)
                                *Pro hac vice*
                                150 South Fifth Street, Suite 1200
                                Minneapolis, MN 55402
                                Telephone: (612) 877-5359
                                Facsimile: (612) 877-5034
                                Bradley.Armstrong@lawmoss.com
                                *Attorney for Defendant MRS Associates, Inc.*

4859952v1

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via the CM/ECF system on this 8th day of October, 2019:

Alexander Taylor
Sulaiman Law Group
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
*Attorney for Plaintiff*

Dated: October 16, 2019 　　　　　　　　　　　　/s/ Bradley R. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　Bradley R. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant MRS Associates, Inc.*